**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JAMES M. RAPER, JR.**                                                                     **PLAINTIFF**
**ADC #663449**

**V.**                                          **CASE NO.  4:22-cv-01226 JM**

**CREW PURYEAR[1], Judge,**
**10th Judicial District;  THOMAS**
**DEEN, 10th Judicial Prosecuting**
**Attorney**                                                                          **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 28th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk is directed to update the spelling of Judge Crews Puryear's name on the docket sheet.